# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

MAGDALINE GEORGIOU

    Plaintiff,

v.                          CASE NO.:  8:19-cv-01846-WFJ-JSS

JP MORGAN CHASE BANK, N.A.

    Defendant.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** MAGDALINE GEORGIOU by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, MAGDALINE GEORGIOU, and Defendant, JP MORGAN CHASE BANK, N.A., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 6th day of September, 2019, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

    Respectfully submitted,

    */s/Heather H. Jones*
    Heather H. Jones, Esq.
    Florida Bar No. 0118974
    William "Billy" Peerce Howard, Esq.
    Florida Bar No. 0103330
    THE CONSUMER PROTECTION FIRM, PLLC
    4030 Henderson Blvd.
    Tampa, FL 33629
    Telephone: (813) 500-1500, ext. 205
    Facsimile: (813) 435-2369
    Heather@TheConsumerProtectionFirm.com
    Billy@TheConsumerProtectionFirm.com
    *Attorney for Plaintiff*